THE BRONX GAS AND ELECTRIC COMPANY, Respondent, v. THE PUBLIC SERVICE COMMISSION OF THE STATE OF NEW YORK, FIRST DISTRICT, and Others, Appellants, Impleaded with ADOLPH C. ANDERSEN and Others, Defendants.— Order modified by requiring plaintiff to give appropriate

receipts to consumers, and as so modified affirmed, with ten dollars costs and disbursements to respondent. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Merrell and Greenbaum, JJ.